**In re James COX.**

**No. 2013–1483.**

United States Court of Appeals, Federal Circuit.

Feb. 11, 2014.

Stephen P. Catlin, Robinson Intellectual Property Law Office, P.C., of Fairfax, Virginia, argued for appellant.

Jeremiah S. Helm, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were Nathan K. Kelley, Solicitor, and Frances M. Lynch, Associate Solicitor.

DYK, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**